[No. 37065-1-I.    Division One.    February 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER
MATHISON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01316-0, Anita Louise Farris, J., entered June 27, 1995. *Affirmed in part and remanded* by unpublished per curiam opinion.

[No. 37139-8-I.    Division One.    February 24, 1997.]

KATHERINE ANN WELSCH, *Appellant*, v. THE CAMELOT
SOCIETY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-22907-1, John M. Darrah, J., entered July 21, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Becker, J.

[No. 37543-1-I.    Division One.    February 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE
KASPER NORBY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00541-4, David A. Nichols, J., entered October 10,1995. *Affirmed* by unpublished per curiam opinion.

[No. 38401-5-I.    Division One.    February 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WASSENA
L. GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-04470-2, Norma Smith Huggins, J., entered March 7, 1996. *Affirmed* by unpublished per curiam opinion.